No. D–121.  IN RE DISBARMENT OF SKONTOS.  It is ordered that George John Skontos, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 76–1596.  UNITED STATES v. MAURO ET AL.  C. A. 2d Cir.  [Certiorari granted, ante, p. 816.]  Motion for appointment of counsel granted, and it is ordered that Kevin Ross, Esquire, of Kew Gardens, N. Y., be appointed to serve as counsel for respondents in this case.

No. 76–1767.  NATIONAL SOCIETY OF PROFESSIONAL ENGINEERS v. UNITED STATES.  C. A. D. C. Cir.  [Certiorari granted, ante, p. 815.]  Motion of petitioner for leave to file the Court of Appeals appendix in lieu of an appendix as prescribed by this Court's Rule 39 granted.

No. 76–6860.  GUTIERREZ v. SINGLETON, U. S. DISTRICT JUDGE; and
No. 77–5436.  HOLSEY v. HAYNSWORTH, U. S. CIRCUIT JUDGE.  Motions for leave to file petitions for writs of mandamus denied.

No. 77–262.  DUKE POWER CO. v. CAROLINA ENVIRONMENTAL STUDY GROUP, INC., ET AL.; and
No. 77–375.  UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. v. CAROLINA ENVIRONMENTAL STUDY GROUP, INC., ET AL.  Appeals from D. C. W. D. N. C.  Motions of Pacific Legal Foundation and Southeastern Legal Foundation for leave to file briefs as amici curiae granted.  Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 431 F. Supp. 203.